

**SO ORDERED.**

**SIGNED this 17 day of April, 2013.**

_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| In Re: | Emory Lamar Brown<br>P.O. Box 7593<br>Thomasville, GA 31758<br><br>XXX-XX-8515 | Chapter 13<br><br>Case No: 10-70483-JTL<br><br>Attorney: Shelba D. Sellers |
|---|---|---|

ORDER OF DISMISSAL

It appearing to the Court that the Trustee has filed an affidavit setting forth the debtor(s)' default pursuant to the terms of this Court's prior Order which conditionally denied the Trustee's Motion to Dismiss, and it further appearing to the Court that pursuant to the terms of said prior Order it is now appropriate to grant the Trustee's Motion outright; it is hereby

ORDERED that this case be and the same is dismissed; and it is further

ORDERED that the Clerk of this Court take such action as is appropriate to close this case.

END OF DOCUMENT

/s/ John Gilson
_____
John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com